**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Pamela D. Stibbins                              CHAPTER 13
                      Debtor(s)

                                                       BKY. NO. 17-17215 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

                              Respectfully submitted,

                              /s/ *Rebecca Solarz*
                              Rebecca Solarz
                              17 Dec 2020, 16:20:30, EST

                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322