United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Pamela D Stibbins  
    Debtor

Case No. 17-17215-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Dec 15, 2022      Form ID: 138OBJ      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela D Stibbins, 819 Marlyn Road, Philadelphia, PA 19151-3319 |
| 14570369 | + | BANK OF AMERICA, N.A., C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14007617 | | Bank of America NA, c/o Thomas Song, Esq., Phelan Hallinan Diamond & Jones LLP, 1617 JFK Blvd., Ste. 1400, One Penn Ctr. Plaza Phila., PA 19103 |
| 14003248 | + | Minaah Stibbins, 819 Marlyn Road, Philadelphia, PA 19151-3319 |
| 14003249 | + | Philadelphia Fed Cr Un, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14003255 | + | Udren Law Offices, P.C., Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |
| 14003258 | + | WEST COAST SERVICING, INC., 7911 WARNER AVE, Huntington Beach, CA 92647-4707 |
| 14003257 | + | West Coast Servicing Inc., 7911 Waner Avenue, Po Box 36655, Huntington Beach, CA 92647-4707 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 16 2022 00:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 16 2022 00:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14003243 | | Email/PDF: ebn_ais@aisinfo.com | Dec 16 2022 00:28:10 | American InfoSource LP, agent for Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14032350 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 16 2022 00:27:00 | BANK OF AMERICA, N.A., Bank of America, PO BOX 31785, Tampa, FL, 33631-3785 |
| 14003244 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 16 2022 00:27:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 14078352 | | Email/Text: megan.harper@phila.gov | Dec 16 2022 00:27:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14003245 | | Email/Text: megan.harper@phila.gov | Dec 16 2022 00:27:00 | City of Philadelphia, Dept. of Revenue - Water Revenue Bureau, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 14003246 | | Email/Text: ktramble@lendmarkfinancial.com | Dec 16 2022 00:27:00 | Lendmark Financial Ser, 2118 Usher St Nw, Covington, GA 30014 |
| 14068035 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2022 00:28:17 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank USA, N. A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14003247 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 16 2022 00:27:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren, MI 48090-2011 |
| 14003250 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 16 2022 00:28:17 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14003658 | + | Email/PDF: rmscedi@recoverycorp.com | | |

Case 17-17215-mdc    Doc 43    Filed 12/17/22    Entered 12/18/22 00:32:26    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 15, 2022 | Form ID: 138OBJ | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 16 2022 00:28:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14003251 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 16 2022 00:27:00 | Santander Consumer Usa, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14585780 | + | Email/Text: bncmail@w-legal.com | Dec 16 2022 00:27:00 | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14003253 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 16 2022 00:27:00 | Toyota Mtr, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 14003252 | + | Email/Text: Bankruptcy@TekCollect.com | Dec 16 2022 00:27:00 | TekCollect Inc, Po Box 1269, Columbus, OH 43216-1269 |
| 14003254 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 16 2022 00:28:22 | U.S. Department of Housing and Urban Dev, 451 7th Street S.W., Washington, DC 20410-0002 |
| 14007742 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 16 2022 00:28:22 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 14003256 | | Email/Text: megan.harper@phila.gov | Dec 16 2022 00:27:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14036442 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Pamela D Stibbins dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JAMES A. PROSTKO | on behalf of Creditor BANK OF AMERICA  N.A. paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 15, 2022 | Form ID: 138OBJ | Total Noticed: 27 |

THOMAS SONG
    on behalf of Creditor BANK OF AMERICA N.A. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Pamela D Stibbins

        Debtor(s)

Case No: 17−17215−mdc

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                900 Market Street
                   Suite 400
             Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/15/22

                                                            42 − 41
                                                      Form 138OBJ